**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **JETALL COMPANIES, INC.** | § | |
| | § | |
| *Plaintiff* | § | |
| | § | |
| **v.** | § | |
| | § | **CIVIL ACTION NO. 4:17-CV-00225** |
| | § | |
| | § | |
| **AMERICAN HOME ASSURANCE** | § | |
| **COMPANY** | § | |
| *Defendants* | § | |
| | § | |

## PLAINTIFF'S DESIGNATION OF TESTIFYING EXPERTS

COMES NOW, Jetall Companies, Inc., Plaintiff in the above styled and numerated civil action and, pursuant to Rule 26 of the Federal Rules of Civil Procedure, submits this Designation of Expert Witnesses. On September 29, 2017, Plaintiff filed its Agreed Motion to Extend Expert Deadlines requesting this Honorable Court extend the parties expert deadlines so that Plaintiff might have the opportunity to designate all necessary experts. *See* Dkt. 15. However, in the event this Honorable Court does not grant Plaintiff's agreed motion, Plaintiff designates the following individual as testifying expert in this matter pursuant to Rules 702, 703, and/or 705 of the Federal Rules of Evidence:

## I. PLAINTIFF'S RETAINED EXPERTS

1. Robert H. Smith
   3379 Howard Rd.
   Waxahachie TX 75165
   Phone: 817-805-7008
   propublicadjusters@gmail.com

Mr. Smith (hereinafter the "Expert") is a professional estimate writer and license Public Adjuster in the State of Texas. The Expert's testimony will address all topical areas contained within any expert reports, both original and supplemental, created by this Expert regarding the subject property, as well as any topic addressed by this Expert within the deposition testimony the Expert provides. The Expert's testimony will include, but not be limited to, the effect of the sudden water loss in this matter upon the subject property, and the structural damage, both actual and consequential, that resulted from the same, as well as, the cost of replacement and repair to the subject property from the sudden water loss. The Expert may also offer rebuttal testimony as to any and all competing experts presented by any other party to this matter.

Attached hereto, is a report provided by Mr. Smith dated January 2, 2107. He is expected to testify in conformity with the opinions that he has set forth in his report.

Furthermore, in compliance with all governing Court Orders and the Federal Rules of Civil Procedure, the Expert's curriculum vitae, as well as all additional required materials in regards to this expert, are attached hereto, or will be supplemented accordingly, pursuant to Texas law.

Finally, as discovery is ongoing, Plaintiff reserves the right to supplement and/or amend any of the opinions, findings, and/or conclusions contained within any expert report provided by the Expert.

## II. OTHER EXPERTS

Plaintiff hereby further designates Defendant's retained or non-retained experts. Plaintiff reserves the right to call at trial, either by subpoena or deposition, any such persons designated by Defendant. Plaintiff is not necessarily adopting any or all of the opinions of such experts. Plaintiff simply reserves the right to use all or a portion of these experts' testimony for impeachment purposes or for any other proper use at the time of trial.

## III. RIGHT TO DESIGNATE & DE-DESIGNATE

Plaintiff reserves the right to designate additional experts as allowed by Court Order, the Federal Rules of Civil Procedure, and/or agreement between the parties. Plaintiff further reserves the right to rescind designations of any experts and/or classify them as consulting experts in accordance with the Federal Rules of Civil Procedure and governing Texas case law.

Respectfully submitted,

*/s/ Derek L. Fadner*
**McCLENNY MOSELEY & ASSOCIATES, PLLC**
James M. McClenny
State Bar No. 24091857
J. Zachary Moseley
State Bar No. 24092863
Derek L. Fadner
State Bar No. 24100081
411 N. Sam Houston Parkway E., Suite 200
Houston, Texas 77060
Principal Office No. 713-334-6121
Facsimile: 713-322-5953
James@mma-pllc.com
Zach@mma-pllc.com
Derek@mma-pllc.com
**Attorneys for Plaintiff**

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2017, a true and correct copy of this document was electronically served on all counsel of record in accordance with the Federal Rules of Civil Procedure, including:

Raymond L Gregory
Texas Bar No. 08438275
David K. Loveless
Texas Bar No. 24060192
4800 Three Allen Center
333 Clay St Ste 4800
Houston, TX 77002-4180
Office No. 713-659-5100
Facsimile: 713-951-9920
rlg2@egglestonbriscoe.com
dkl@egglestonbriscoe.com
**ATTORNEYS FOR DEFENDANT**

*/s/ Derek L. Fadner*
Derek L. Fadner