# Exhibit "A"

*Plaintiff's Corresponding Expert's Curriculum Vitae*



Robert H. Smith
3379 Howard Rd. Waxahachie TX 75165
817-805-7008
propublicadjusters@gmail.com

## Accomplishments:

- As an adjuster, worked claims at residential level on both structure as well as flood damage.
- Then moved to handling "litigation" related claims to resolve them and not have them go to court (post Katrina) and was given $500,000.00 file authority to resolve claims. Then moved on to working commercial and farm.
- In 2009 worked with another associate with Texas Municipal League to resolved storm related damages for all cities from Abilene to Fort Worth.
- Identified situations such as 5-year-old damage to Abilene Housing Authority that had not been resolved that involved a claim that encompassed 56 different housing buildings ranging from single family dwellings to 3 story apartment structures.
- Post hurricane Sandy, worked for commercial carrier in northwest to resolve claims in a territory covering western half of Long Island, all of Staten Island, western half of New Jersey and wester part of Pennsylvania. Carrier had 38 commercial adjusters in the area and myself and one other individual were the last 2 adjusters left to settle claims.
- Claims ranged from large commercial to large residential (condominium developments). 2 Estimates had to be written (1 wind and 1 flood) on these claims as the carriers concern also covered wanting to know what level of property compromise there was that was related to flood in the event there was another claim that would create overlap. Adjusters working for the carrier had full authority and were all EGA's.

## Employment Background:

- 1972-1976 served in United State Marine Corps as tank commander. Honorably discharged after serving in Caribbean, Mediterranean, and South Pacific.

- 1976-1980 Vice-President of Ensign Smith Inc., San Diego California. Family owned land development company that did very well until mortgage rates topped 18% and the real estate market (as well as all other facets of the economy) collapsed. At its peak, ESI was building more than 100 homes at a time in coordination with the Federal Affordable Homes program and HOW. Unfortunately, a change in the HOW program that entailed them inspecting homes from the grading stage on and the time it took to resolve the homes that were already completed, during that time mortgage rates went from 11.25% to 18.5% and the company collapsed and Oceanside Federal Savings and Loan took over the projects.

- 1981-2003 started as automobile sales person in Houston, Texas (Gulf Coast Dodge) and progressed to General Manager of Sandberg Auto Group. Took auto group from inception (purchased 2 failing new vehicle franchises and inventory for $1,000,000.00) in 1995 and owners sold the dealerships in 2002 for $16,000,000.00. Northwest Nissan

received multiple awards from Nissan ranging from #1 dealership west of Mississippi in Customer Satisfaction to number one dealership in Northwest Region in volume and CSI. Northwest Volvo received multiple customer satisfaction awards such as volume awards from Volvo North America. In its first year of operation, Northwest Volvo was the #1 fastest growing Volvo dealership in U.S. And Volvo changed their "Dealer of Excellence" program to accommodate the processes and standards established and maintained at Northwest.

- 2004- 2014 Independent Claims Adjuster. Left auto business behind to begin new career as a claims adjuster. Immediately upon "learning how to adjust a claim" identified that new level of satisfaction in doing a job that truly has an impact on the "other party". In the auto business, your income is directly tied to someone's ability to get someone else to spend money and the more they spent, the more the pay. In the insurance claims business, it is all about "resolving the claim". I gained a thirst for knowledge and recognition for "a job well done". Received multiple letters of commendation/thanks from agents and carriers for good service to the insured's.

- 2014- Current Public Insurance Adjuster. After years of adjusting claims on the "carrier" side of the industry, I realized that increasingly, the carriers were hiring more and more adjusters and not providing the training necessary to do the job well and the "industry standards" for "resolving claims" was changing in a way that was not good for the insured. Adjusters got lazy (example= remove and reset contents large room vs. accounting for what really needs to be done to care for insured's possessions in a fashion that is fair). Increasingly often we were being told "don't pay for that". Decided to create Professional Public Adjusters, LLC to "share my knowledge" and replicate my skills by creating/training more public adjusters with the desire to help insured's to get a fair shake on their claims.

## Carriers:
- Allstate
- Horace Mann
- Church Mutual
- Germania
- Lititz
- Texas Municipal League
- State Farm
- State of New York
- Citizens
- Tennessee Farm Bureau
- Kansas Farm Bureau
- TWIA
- American Family
- Magna Carta
- NFIP

## States Licensed In:
- Texas
- Oklahoma
- Minnesota
- Michigan
- New York
- Pennsylvania
- Maine
- Rhode Island
- Vermont
- Massachusetts
- Mississippi
- Georgia
- Florida
- North Carolina
- South Carolina
- Ohio
- Alabama