## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

Insured: JET All Properties
Property: 2425 West Loop South
Houston, TX 77027

Claim Rep.: Robert Smith

Business: (817) 805-7008
E-mail: propublicadjusters@gmail.com

Estimator: Robert Smith

Business: (817) 805-7008
E-mail: propublicadjusters@gmail.com

**Claim Number:** **Policy Number:** **Type of Loss:** Water Damage

Date Contacted: 1/2/2017
Date of Loss: 10/24/2016        Date Received: 12/15/2016
Date Inspected: 1/2/2017        Date Entered: 1/2/2017 6:01 PM

Price List: TXHO8X_JAN17
Restoration/Service/Remodel
Estimate: JETALL2

## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

1    219-Loss Photo



2    1-Floor 1 - Bank Lobby

Date Taken: 1/21/2016

Bank Lobby, flooring & drywall
damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

3    2-Floor 1 - Bank Lobby

Date Taken: 1/21/2016

Bank Lobby, flooring & drywall
damaged by water.



4    3-Floor 1 - Bank Lobby

Date Taken: 1/21/2016

Bank Lobby, flooring & drywall
damaged by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

5     4-Floor 1 - Bank Lobby

Date Taken: 1/21/2016

Bank Lobby, flooring & drywall damaged by water.



6     5-Floor 1 - Bank Kitchen

Date Taken: 1/21/2016

Bank Kitchen, flooring & drywall damaged by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

7   6-Floor 1 - Bank Kitchen

Date Taken: 1/21/2016

Bank Kitchen, flooring & drywall
damaged by water.



8   7-Floor 1 - Bank Kitchen

Date Taken: 1/21/2016

Bank Kitchen, flooring & drywall
damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

9    8-Floor 1 - Bank Kitchen

Date Taken: 1/21/2016

Bank Kitchen, flooring & drywall
damaged by water.



10    9-Floor 1 - Bank Kitchen

Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

11   10-Floor 1 - Mechanical Room

Date Taken: 1/21/2016

Floor 1 - Mechanical Room, drywall
damaged by water.



12   11-Floor 1 - Mechanical Room

Date Taken: 1/21/2016

Floor 1 - Mechanical Room, drywall
damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

13   12-Floor 1 - Mechanical Room
Date Taken: 1/21/2016

Floor 1 - Mechanical Room, drywall
damaged by water.



14   13-Floor 1 - Mechanical Room
Date Taken: 1/21/2016

Floor 1 - Mechanical Room, drywall
damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

15    14-Floor 1 - Mechanical Room
Date Taken: 1/21/2016



16    15-Floor 1 - Mechanical Room
Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

17    16-Floor 2 - Regus - Room 84
Date Taken: 1/21/2016

Floor 2 - Regus - Room 84. Ceiling,
Drywall and Floors damaged by water.



18    17-Floor 2 - Regus - Room 84
Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

19    18-Floor 2 - Regus - Room 84
Date Taken: 1/21/2016



20    19-Floor 2 - Regus - Room 84
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

21    20-Floor 2 - Regus - Room 84
Date Taken: 1/21/2016



22    21-Floor 2 - Hallway
Date Taken: 1/21/2016

Floor 2 - Hallway - Walls and
Flooring damaged by waters.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

23    22-Floor 2 - Hallway
Date Taken: 1/21/2016

Floor 2 - Hallway - Walls and
Flooring damaged by waters.



24    23-Floor 2 - Hallway
Date Taken: 1/21/2016

Floor 2 - Hallway - Ceiling, Walls
damaged by waters.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

25 24-Floor 2 - Hallway
Date Taken: 1/21/2016

Floor 2 - Hallway - Walls and
Flooring damaged by waters.



26 25-Floor 2 - Hallway
Date Taken: 1/21/2016

Floor 2 - Hallway  view



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

27    26-Floor 2 - Hallway
Date Taken: 1/21/2016


Floor 2 - Hallway - Continuous



28    27-Floor 2 - Hallway
Date Taken: 1/21/2016


Floor 2 - Hallway



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

29    28-Floor 2 - Hallway
Date Taken: 1/21/2016

Floor 2 - Hallway



30    29-Floor 2 - Hallway
Date Taken: 1/21/2016

Floor 2 - Hallway



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

31    30-Floor 2 - Hallway

Date Taken: 1/21/2016

Floor 2 - Hallway



32    31-Floor 2 - Women's Restroom

Date Taken: 1/21/2016

Floor 2 - Women's Restroom -
Ceiling, Walls and Flooring damaged
by waters.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

33  32-Floor 2 - Women's Restroom

Date Taken: 1/21/2016

Floor 2 - Women's Restroom -
Ceiling, Walls and Flooring damaged
by waters.



34  33-Floor 2 - Women's Restroom

Date Taken: 1/21/2016

Floor 2 - Women's Restroom -
Ceiling, Walls and Flooring damaged
by waters.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

35    34-Floor 2 - Mechanical Room

Date Taken: 1/21/2016

Floor 2 - Mechanical Room, drywall
damaged by water.



36    35-Floor 2 - Mechanical Room

Date Taken: 1/21/2016

Floor 2 - Mechanical Room, drywall
damaged by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

37   36-Floor 2 - Mechanical Room
Date Taken: 1/21/2016


Floor 2 - Mechanical Room



38   37-Floor 2 - Mechanical Room
Date Taken: 1/21/2016


Floor 2 - Mechanical Room, drywall
damaged by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

39    38-Floor 2 - Mechanical Room
Date Taken: 1/21/2016


Floor 2 - Mechanical Room, drywall
damaged by water.



40    39-Floor 2 - Mechanical Room
Date Taken: 1/21/2016


Floor 2 - Mechanical Room, drywall
damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

41    40-Floor 2 - Mechanical Room
Date Taken: 1/21/2016

Floor 2 - Mechanical Room, drywall
damaged by water.



42    41-Floor 2 - Mechanical Room
Date Taken: 1/21/2016

Floor 2 - Mechanical Room, drywall
damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

43    43-Floor 3 - Fitness Center
Date Taken: 1/21/2016



44    44-Floor 3 - Fitness Center
Date Taken: 1/21/2016

Floor 3 - Fitness Center



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

45   45-Floor 3 - Fitness Center
Date Taken: 1/21/2016

Ceiling damage



46   46-Floor 3 - Fitness Center
Date Taken: 1/21/2016

Ceiling damage



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

47    47-Floor 3 - Fitness Center
Date Taken: 1/21/2016

Floor, wall and ceiling damage



48    48-Floor 3 - Fitness Center
Date Taken: 1/21/2016

Floor damage



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

49    49-Floor 3 - Fitness Center
Date Taken: 1/21/2016



50    50-Floor 3 - Mechanical Room
Date Taken: 1/21/2016

Floor 3 - Mechanical Room - Drywall
damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

51    51-Floor 3 - Mechanical Room
Date Taken: 1/21/2016



52    52-Floor 3 - Mechanical Room
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

53    53-Floor 3 - Mechanical Room
Date Taken: 1/21/2016



54    54-Floor 3 - Mechanical Room
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

55    55-Floor 3 - Hallway

Date Taken: 1/21/2016

Floor 3 - Hallway - Ceiling, Walls and
Flooring damaged by waters.



56    56-Floor 3 - Hallway

Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

57    57-Floor 3 - Hallway
      Date Taken: 1/21/2016



58    58-Floor 3 - Hallway
      Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

59    59-Floor 3 - Hallway
      Date Taken: 1/21/2016



60    60-Floor 3 - Hallway
      Date Taken: 1/21/2016


      Continuous floor



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

61    61-Floor 3 - Hallway

Date Taken: 1/21/2016

Continuous Floor



62    62-Floor 3 - Women's Restroom

Date Taken: 1/21/2016

Floor 3 - Women's Restroom -
Ceiling, Drywall and Flooring
damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

63    63-Floor 3 - Women's Restroom
Date Taken: 1/21/2016



64    64-Floor 3 - Women's Restroom
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

65   65-Floor 4 - Hallway

Date Taken: 10/20/2012

Floor 4 - Hallway - Ceiling, Walls and
Flooring damaged by waters.



66   66-Floor 4 - Hallway

Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

67    67-Floor 4 - Hallway

Date Taken: 10/20/2012



68    68-Floor 4 - Tech Room

Date Taken: 10/20/2012

Floor 4 - Tech Room - Ceiling, Walls and Flooring damaged by waters.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

69    69-Floor 4 - Tech Room
      Date Taken: 10/20/2012



70    70-Floor 4 - Tech Room
      Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

71    71-Floor 4 - Tech Room
Date Taken: 10/20/2012

Ceiling/wall damage



72    72-Floor 4 - Tech Room
Date Taken: 10/20/2012



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

73  73-Floor 4 - Women's Restroom
Date Taken: 10/20/2012

Floor 4 - Women's Restroom -
Ceiling, Walls and Flooring damaged
by waters.



74  74-Floor 4 - Women's Restroom
Date Taken: 10/20/2012



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

75  75-Floor 4 - Mechanical Room
    Date Taken: 10/20/2012

    Floor 4 - Mechanical Room – Drywall
    Damaged by water.



76  76-Floor 4 - Mechanical Room
    Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

77    77-Floor 4 - Mechanical Room
Date Taken: 10/20/2012



78    78-Floor 5 - Conference Room
Date Taken: 10/20/2012

Floor 5 - Conference Room - Ceiling,
Drywall & Flooring damaged by
water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

79    79-Floor 5 - Conference Room
Date Taken: 10/20/2012



80    80-Floor 5 - Conference Room
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

81    81-Floor 5 - Hallway
      Date Taken: 10/20/2012

      Floor 5 - Hall - Ceiling, Drywall &
      Flooring damaged by water.



82    82-Floor 5 - Hallway
      Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

83    83-Floor 5 - Hallway
    Date Taken: 10/20/2012



84    84-Floor 5 - Hallway
    Date Taken: 10/20/2012



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

85    85-Floor 5 - Mechanical Room
Date Taken: 10/20/2012

Floor 5 - Mechanical Room - Drywall
damaged by water.



86    86-Floor 5 - Mechanical Room
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

87    87-Floor 5 - Mechanical Room
     Date Taken: 10/20/2012



88    88-Floor 5 - Mechanical Room
     Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

89    89-Floor 5 - Mechanical Room
Date Taken: 10/20/2012



90    90-Floor 6 - Conference Room
Date Taken: 1/21/2016

Floor 6 - Conference Room - Ceiling,
Walls and Flooring damaged by
waters.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

91    91-Floor 6 - Conference Room
Date Taken: 1/21/2016



92    92-Floor 6 - Conference Room
Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

93    93-Floor 6 - Conference Room
Date Taken: 1/21/2016



94    94-Floor 6 - Conference Room
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

95    95-Floor 6 - Conference Room
     Date Taken: 1/21/2016



96    96-Floor 6 - Hallway
     Date Taken: 10/20/2012


     Floor 6 - Hallway - Ceiling, Walls and
     Flooring damaged by waters.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

97    97-Floor 6 - Hallway
Date Taken: 10/20/2012



98    98-Floor 6 - Hallway
Date Taken: 10/20/2012

Ceiling, floor and walls damaged by
water



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

99    99-Floor 6 - Women's Restroom
Date Taken: 10/20/2012

Floor 6 - Women's Restroom -
Ceiling, Walls and Flooring damaged
by waters.



100   100-Floor 6 - Women's Restroom
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

101  101-Floor 6 - Women's Restroom
Date Taken: 10/20/2012



102  102-Floor 6 - Women's Restroom
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

103  103-Floor 6 - Mechanical Room
Date Taken: 10/20/2012

Floor 6 - Mechanical Room - Drywall
damaged by water.



104  104-Floor 6 - Mechanical Room
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

105  105-Floor 6 - Mechanical Room
   Date Taken: 10/20/2012



106  106-Floor 6 - Mechanical Room
   Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

107  107-Floor 6 - Mechanical Room
    Date Taken: 10/20/2012



108  108-Floor 7 - Hallway
    Date Taken: 10/20/2012

Ceiling, Walls & Flooring damaged
by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

109  109-Floor 7 - Hallway
    Date Taken: 10/20/2012



110  110-Floor 7 - Break Room
    Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

111  111-Floor 7 - Break Room
    Date Taken: 1/21/2016



112  112-Floor 7 - Break Room
    Date Taken: 1/21/2016

Refrigerators and vending machines
that have to be moved to effect repairs.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

113  113-Floor 7 - Break Room
Date Taken: 1/21/2016



114  114-Floor 7 - Conference Room
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

115  115-Floor 7 - Conference Room
    Date Taken: 1/21/2016



116  116-Floor 7 - Conference Room
    Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

117  117-Floor 7 - Conference Room
      Date Taken: 1/21/2016



118  118-Floor 7 - Mechanical Room
      Date Taken: 10/20/2012


      Drywall damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

119  119-Floor 7 - Mechanical Room
     Date Taken: 10/20/2012



120  120-Floor 7 - Mechanical Room
     Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

121  121-Floor 7 - Mechanical Room
Date Taken: 10/20/2012



122  122-Floor 7 - Mechanical Room
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

123  123-Floor 7 - Mechanical Room
Date Taken: 10/20/2012



124  124-Floor 8 - Wiring Code
Date Taken: 1/21/2016

All wiring is needed to be brought up
to code on non-Stage floors.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

125  125-Floor 8 - Wiring Code
Date Taken: 1/21/2016



126  126-Floor 8 - Wiring Code
Date Taken: 1/21/2016

Non-code wiring



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

127　127-Floor 8 - Wiring Code
　　Date Taken: 1/21/2016

　　non-code wiring



128　128-Floor 8 - Wiring Code
　　Date Taken: 1/21/2016

　　non-code wiring



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

129  129-Floor 8 - Wiring Code
    Date Taken: 1/21/2016



130  130-Floor 8 - Isramco Lobby
    Date Taken: 1/21/2016

    Ceiling, Walls & Flooring damaged
by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

131　131-Floor 8 - Isramco Lobby
　　　Date Taken: 1/21/2016



132　132-Floor 8 - Isramco Lobby
　　　Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

133  133-Floor 8 - Isramco Lobby
Date Taken: 1/21/2016



134  134-Floor 8 - Hallway
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

135  135-Floor 8 - Hallway
  Date Taken: 1/21/2016



136  136-Floor 8 - Hallway
  Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

137  137-Floor 8 - Hallway
   Date Taken: 1/21/2016



138  138-Floor 8 - Server Room
   Date Taken: 1/21/2016


   Ceiling, Walls & Flooring damaged
   by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

139  139-Floor 8 - Server Room
    Date Taken: 1/21/2016



140  140-Floor 8 - Server Room
    Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

141　141-Floor 8 - Server Room
　　　Date Taken: 1/21/2016



142　142-Floor 8 - Server Room
　　　Date Taken: 1/21/2016


　　non code wiring



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

143  143-Floor 8 - Server Room
Date Taken: 1/21/2016

ceiling damage



144  165-Floor 9 - Break Room
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

145  166-Floor 9 - Break Room
    Date Taken: 1/21/2016



146  167-Floor 9 - Break Room
    Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

147  168-Floor 9 - Break Room
     Date Taken: 1/21/2016



148  169-Floor 9 - Break Room
     Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

149 170-Floor 9 - Break Room
Date Taken: 1/21/2016



150 147-Floor 9 - Conference Room 1
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

151  148-Floor 9 - Conference Room 1
　　Date Taken: 1/21/2016



152  149-Floor 9 - Conference Room 1
　　Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

153  150-Floor 9 - Conference Room 1
Date Taken: 1/21/2016



154  151-Floor 9 - Conference Room 1
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

155  152-Floor 9 - Conference Room 1
     Date Taken: 1/21/2016



156  153-Floor 9 - Conference Room 2
     Date Taken: 1/21/2016


     Ceiling, Walls & Flooring damaged
     by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

157 154-Floor 9 - Conference Room 2
Date Taken: 1/21/2016



158 155-Floor 9 - Conference Room 2
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

159　156-Floor 9 - Conference Room 2

　　Date Taken: 1/21/2016



160　157-Floor 9 - Office

　　Date Taken: 1/21/2016

　　All Stage rented floors have ceiling
　　related wiring brought up to code.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

161  158-Floor 9 - Office
       Date Taken: 1/21/2016


proper code wiring set up.  Wiring is
bundled and suspended.



162  159-Floor 9 - Office
       Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

163  160-Floor 9 - Office
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



164  161-Floor 9 - Office
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

165  162-Floor 9 - Office
　　　Date Taken: 1/21/2016



166  163-Floor 9 - Office
　　　Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

167  164-Floor 9 - Office
Date Taken: 1/21/2016



168  171-Floor 9 - Storage Room
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

169  172-Floor 9 - Storage Room
    Date Taken: 1/21/2016



170  173-Floor 9 - Storage Room
    Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

171  174-Floor 9 - Storage Room
Date Taken: 1/21/2016



172  175-Floor 9 - Storage Room
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

173  176-Floor 9 - Storage Room
Date Taken: 1/21/2016



174  144-Floor 9 - Hallway
Date Taken: 10/20/2012

Ceiling, Walls & Flooring damaged
by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

175  145-Floor 9 - Hallway
     Date Taken: 10/20/2012



176  146-Floor 9 - Hallway
     Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

177  177-Floor 9 - Mechanical Room
Date Taken: 10/20/2012

Drywall damaged by water.



178  178-Floor 9 - Mechanical Room
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

179  179-Floor 9 - Mechanical Room
Date Taken: 10/20/2012



180  180-Floor 9 - Mechanical Room
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

181  198-Floor 10 - Break Room
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



182  199-Floor 10 - Break Room
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

183  200-Floor 10 - Break Room
    Date Taken: 1/21/2016



184  201-Floor 10 - Break Room
    Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

185  202-Floor 10 - Break Room
　　Date Taken: 1/21/2016



186  186-Floor 10 - Conference Room
　　Date Taken: 1/21/2016

　　Ceiling, Walls & Flooring damaged
　　by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

187  187-Floor 10 - Conference Room
     Date Taken: 1/21/2016



188  188-Floor 10 - Conference Room
     Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

189  189-Floor 10 - Conference Room
    Date Taken: 1/21/2016



190  190-Floor 10 - Conference Room
    Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

191  191-Floor 10 - Office
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



192  192-Floor 10 - Office
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

193　193-Floor 10 - Office
　　Date Taken: 1/21/2016



194　194-Floor 10 - Office
　　Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

195  195-Floor 10 - Office
Date Taken: 1/21/2016



196  196-Floor 10 - Office
Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

197  197-Floor 10 - Office
Date Taken: 1/21/2016



198  203-Floor 10 - Storage Room
Date Taken: 1/21/2016

Ceiling, Walls & Flooring damaged
by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

199  204-Floor 10 - Storage Room
Date Taken: 1/21/2016



200  205-Floor 10 - Storage Room
Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

201  206-Floor 10 - Storage Room
    Date Taken: 1/21/2016



202  207-Floor 10 - Storage Room
    Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

203  181-Floor 10 - Women's Restroom

Date Taken: 10/20/2012

Ceiling, Walls & Flooring damaged
by water.



204  182-Floor 10 - Women's Restroom

Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

205  183-Floor 10 - Women's Restroom
    Date Taken: 10/20/2012



206  184-Floor 10 - Women's Restroom
    Date Taken: 10/20/2012



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

207  185-Floor 10 - Women's Restroom
Date Taken: 10/20/2012



208  208-Floor 10 - Mechanical Room
Date Taken: 10/20/2012


Drywall damaged by water.



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

209  209-Floor 10 - Mechanical Room
Date Taken: 10/20/2012



210  210-Floor 10 - Mechanical Room
Date Taken: 10/20/2012



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

211  211-Floor 10 - Mechanical Room
  Date Taken: 10/20/2012



212  213-Floor 11 - Central Plant
  Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

213  214-Floor 11 - Central Plant
 Date Taken: 1/21/2016



214  215-Floor 11 - Central Plant
 Date Taken: 1/21/2016



**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

215  216-Floor 11 - Central Plant
    Date Taken: 1/21/2016



216  217-Floor 11 - Central Plant
    Date Taken: 1/21/2016



## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

217  218-Floor 11 - Central Plant
Date Taken: 1/21/2016

Event Catalyst

