## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

| | |
|---|---|
| Insured: | JET All Properties |
| Property: | 2425 West Loop South |
| | Houston, TX 77027 |

| | | | | |
|---|---|---|---|---|
| Claim Rep.: | Robert Smith | Business: | (817) 805-7008 |
| | | E-mail: | propublicadjusters@gmail.com |
| Estimator: | Robert Smith | Business: | (817) 805-7008 |
| | | E-mail: | propublicadjusters@gmail. com |

**Claim Number:**                **Policy Number:**                **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 1/2/2017 | | |
| Date of Loss: | 10/24/2016 | Date Received: | 12/15/2016 |
| Date Inspected: | 1/2/2017 | Date Entered: | 1/2/2017 6:01 PM |

| | |
|---|---|
| Price List: | TXHO8X_JAN17 |
| | Restoration/Service/Remodel |
| Estimate: | JETALL2 |

## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

## Recap by Category

| O&P Items | | | | Total | % |
|---|---|---|---|---|---|
| **ACOUSTICAL TREATMENTS** | | | | **75,345.41** | **1.01%** |
| Coverage: Dwelling | @ | 100.00% | = | 75,345.41 | |
| **APPLIANCES** | | | | **347.85** | **0.00%** |
| Coverage: Dwelling | @ | 100.00% | = | 347.85 | |
| **CABINETRY** | | | | **21,466.30** | **0.29%** |
| Coverage: Dwelling | @ | 100.00% | = | 21,466.30 | |
| **CONT: CLEAN - GENERAL ITEMS** | | | | **86,417.28** | **1.16%** |
| Coverage: Dwelling | @ | 100.00% | = | 86,417.28 | |
| **CLEANING** | | | | **79,852.57** | **1.07%** |
| Coverage: Dwelling | @ | 100.00% | = | 79,852.57 | |
| **CONTENT MANIPULATION** | | | | **2,897.10** | **0.04%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,897.10 | |
| **GENERAL DEMOLITION** | | | | **90,916.07** | **1.22%** |
| Coverage: Dwelling | @ | 100.00% | = | 90,916.07 | |
| **DOORS** | | | | **596.70** | **0.01%** |
| Coverage: Dwelling | @ | 100.00% | = | 596.70 | |
| **DRYWALL** | | | | **39,276.79** | **0.53%** |
| Coverage: Dwelling | @ | 100.00% | = | 39,276.79 | |
| **ELECTRICAL** | | | | **2,720,000.00** | **36.55%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,720,000.00 | |
| **ELECTRICAL - SPECIAL SYSTEMS** | | | | **6,004.80** | **0.08%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,004.80 | |
| **FLOOR COVERING - CARPET** | | | | **60,666.14** | **0.82%** |
| Coverage: Dwelling | @ | 100.00% | = | 60,666.14 | |
| **FLOOR COVERING - RESILIENT** | | | | **13,819.94** | **0.19%** |
| Coverage: Dwelling | @ | 100.00% | = | 13,819.94 | |
| **FLOOR COVERING - CERAMIC TILE** | | | | **14,609.28** | **0.20%** |
| Coverage: Dwelling | @ | 100.00% | = | 14,609.28 | |
| **FLOOR COVERING - VINYL** | | | | **7,300.38** | **0.10%** |
| Coverage: Dwelling | @ | 100.00% | = | 7,300.38 | |
| **FINISH HARDWARE** | | | | **112.62** | **0.00%** |
| Coverage: Dwelling | @ | 100.00% | = | 112.62 | |
| **HAZARDOUS MATERIAL REMEDIATION** | | | | **3,895.31** | **0.05%** |
| Coverage: Dwelling | @ | 100.00% | = | 3,895.31 | |
| **HEAT,  VENT & AIR CONDITIONING** | | | | **2,299.68** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,299.68 | |
| **INSULATION** | | | | **6,808.45** | **0.09%** |
| Coverage: Dwelling | @ | 100.00% | = | 6,808.45 | |
| **LABOR ONLY** | | | | **219,594.24** | **2.95%** |
| Coverage: Dwelling | @ | 100.00% | = | 219,594.24 | |
| **LIGHT FIXTURES** | | | | **25,332.97** | **0.34%** |
| Coverage: Dwelling | @ | 100.00% | = | 25,332.97 | |

## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

| O&P Items | | | | Total | % |
|---|---|---|---|---|---|
| **PLUMBING** | | | | **4,882.13** | **0.07%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,882.13 | |
| **PAINTING** | | | | **40,952.90** | **0.55%** |
| Coverage: Dwelling | @ | 100.00% | = | 40,952.90 | |
| **SCAFFOLDING** | | | | **293,082.72** | **3.94%** |
| Coverage: Dwelling | @ | 100.00% | = | 293,082.72 | |
| **TOILET & BATH ACCESSORIES** | | | | **4,075.50** | **0.05%** |
| Coverage: Dwelling | @ | 100.00% | = | 4,075.50 | |
| **TEMPORARY REPAIRS** | | | | **2,003.52** | **0.03%** |
| Coverage: Dwelling | @ | 100.00% | = | 2,003.52 | |
| **WALLPAPER** | | | | **154,241.87** | **2.07%** |
| Coverage: Dwelling | @ | 100.00% | = | 154,241.87 | |
| **O&P Items Subtotal** | | | | **3,976,798.52** | **53.44%** |

| Non-O&P Items | | | | Total | % |
|---|---|---|---|---|---|
| **BUSINESS GOODS & EQUIPMENT** | | | | **2,092,675.86** | **28.12%** |
| Coverage: Business Income | @ | 100.00% | = | 2,092,675.86 | |
| **WATER EXTRACTION & REMEDIATION** | | | | **540,574.59** | **7.26%** |
| Coverage: Dwelling | @ | 100.00% | = | 540,574.59 | |
| **Non-O&P Items Subtotal** | | | | **2,633,250.45** | **35.39%** |
| **O&P Items Subtotal** | | | | **3,976,798.52** | **53.44%** |
| **Material Sales Tax** | | | | **15,948.00** | **0.21%** |
| Coverage: Dwelling | @ | 100.00% | = | 15,948.00 | |
| **Cleaning Mtl Tax** | | | | **46.23** | **0.00%** |
| Coverage: Dwelling | @ | 100.00% | = | 46.23 | |
| **Overhead** | | | | **399,279.71** | **5.37%** |
| Coverage: Dwelling | @ | 100.00% | = | 399,279.71 | |
| **Profit** | | | | **399,279.71** | **5.37%** |
| Coverage: Dwelling | @ | 100.00% | = | 399,279.71 | |
| **Cleaning Sales Tax** | | | | **16,850.99** | **0.23%** |
| Coverage: Dwelling | @ | 100.00% | = | 16,850.99 | |
| **Total** | | | | **7,441,453.61** | **100.00%** |