## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

|  |  |
|---|---|
| Insured: | JET All Properties |
| Property: | 2425 West Loop South |
|  | Houston, TX 77027 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Robert Smith | Business: | (817) 805-7008 |
| | | E-mail: | propublicadjusters@gmail.com |
| Estimator: | Robert Smith | Business: | (817) 805-7008 |
| | | E-mail: | propublicadjusters@gmail. com |

**Claim Number:**                **Policy Number:**                **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 1/2/2017 | | |
| Date of Loss: | 10/24/2016 | Date Received: | 12/15/2016 |
| Date Inspected: | 1/2/2017 | Date Entered: | 1/2/2017 6:01 PM |

| | |
|---|---|
| Price List: | TXHO8X_JAN17 |
| | Restoration/Service/Remodel |
| Estimate: | JETALL2 |

**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

## Recap by Room

**Estimate: JETALL2**

| | | | |
|---|---|---|---|
| **General** | | **3,638,196.67** | **55.04%** |
| Coverage: Dwelling | 100.00% = | 3,638,196.67 | |

**Area: Level 11**

| | | | |
|---|---|---|---|
| **Central Plant** | | **2,853.99** | **0.04%** |
| Coverage: Dwelling | 100.00% = | 2,853.99 | |
| **Area Subtotal:  Level 11** | | **2,853.99** | **0.04%** |
| Coverage: Dwelling | 100.00% = | 2,853.99 | |

**Area: Level 10** | | **211,508.17** | **3.20%**

| | | | |
|---|---|---|---|
| Coverage: Business Income | 100.00% = | 211,508.17 | |
| **Break Room** | | **26,769.17** | **0.40%** |
| Coverage: Dwelling | 100.00% = | 26,769.17 | |
| **Conference Room** | | **5,818.93** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 5,818.93 | |
| **Office 1** | | **34,372.28** | **0.52%** |
| Coverage: Dwelling | 100.00% = | 34,372.28 | |
| **Storage Room** | | **6,370.76** | **0.10%** |
| Coverage: Dwelling | 100.00% = | 6,370.76 | |
| **Area Subtotal:  Level 10** | | **284,839.31** | **4.31%** |
| Coverage: Dwelling | 25.74% = | 73,331.14 | |
| Coverage: Business Income | 74.26% = | 211,508.17 | |

**Area: Level 09** | | **211,458.55** | **3.20%**

| | | | |
|---|---|---|---|
| Coverage: Business Income | 100.00% = | 211,458.55 | |
| **Break Room** | | **26,246.39** | **0.40%** |
| Coverage: Dwelling | 100.00% = | 26,246.39 | |
| **Conference Room 1** | | **5,818.93** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 5,818.93 | |
| **conference room 2** | | **5,344.76** | **0.08%** |
| Coverage: Dwelling | 100.00% = | 5,344.76 | |
| **Office 1** | | **30,621.88** | **0.46%** |
| Coverage: Dwelling | 100.00% = | 30,621.88 | |
| **Storage Room** | | **6,370.76** | **0.10%** |
| Coverage: Dwelling | 100.00% = | 6,370.76 | |
| **Hallway** | | **33,765.36** | **0.51%** |
| Coverage: Dwelling | 100.00% = | 33,765.36 | |
| **Area Subtotal:  Level 09** | | **319,626.63** | **4.84%** |

## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

| | | | |
|---|---|---|---|
| Coverage: Dwelling | 33.84% = | 108,168.08 | |
| Coverage: Business Income | 66.16% = | 211,458.55 | |
| **Area: Level 08** | | **299,932.27** | **4.54%** |
| Coverage: Dwelling | 29.45% = | 88,339.08 | |
| Coverage: Business Income | 70.55% = | 211,593.19 | |
| **Isramco Lobby** | | **6,147.41** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 6,147.41 | |
| **Hallway** | | **1,440.93** | **0.02%** |
| Coverage: Dwelling | 100.00% = | 1,440.93 | |
| **Server Room** | | **2,735.43** | **0.04%** |
| Coverage: Dwelling | 100.00% = | 2,735.43 | |
| **Area Subtotal:  Level 08** | | **310,256.04** | **4.69%** |
| Coverage: Dwelling | 31.80% = | 98,662.85 | |
| Coverage: Business Income | 68.20% = | 211,593.19 | |
| **Area: Level 07** | | **211,570.08** | **3.20%** |
| Coverage: Business Income | 100.00% = | 211,570.08 | |
| **Break Room** | | **8,589.18** | **0.13%** |
| Coverage: Dwelling | 100.00% = | 8,589.18 | |
| **Conference Room** | | **5,818.93** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 5,818.93 | |
| **Hallway** | | **33,596.64** | **0.51%** |
| Coverage: Dwelling | 100.00% = | 33,596.64 | |
| **Mechanical Room** | | **880.55** | **0.01%** |
| Coverage: Dwelling | 100.00% = | 880.55 | |
| **Area Subtotal:  Level 07** | | **260,455.38** | **3.94%** |
| Coverage: Dwelling | 18.77% = | 48,885.30 | |
| Coverage: Business Income | 81.23% = | 211,570.08 | |
| **Area: Level 06** | | **211,507.70** | **3.20%** |
| Coverage: Business Income | 100.00% = | 211,507.70 | |
| **Conference Room** | | **5,818.93** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 5,818.93 | |
| **Hallway** | | **34,070.84** | **0.52%** |
| Coverage: Dwelling | 100.00% = | 34,070.84 | |
| **Women's Restroom** | | **12,693.75** | **0.19%** |
| Coverage: Dwelling | 100.00% = | 12,693.75 | |
| **Mechanical Room** | | **882.39** | **0.01%** |
| Coverage: Dwelling | 100.00% = | 882.39 | |
| **Area Subtotal:  Level 06** | | **264,973.61** | **4.01%** |
| Coverage: Dwelling | 20.18% = | 53,465.91 | |

JETALL2

**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

| | | | |
|---|---|---|---|
| Coverage: Business Income | 79.82% = | 211,507.70 | |
| **Area: Level 05** | | **211,570.95** | **3.20%** |
| Coverage: Business Income | 100.00% = | 211,570.95 | |
| **Conference Room** | | **5,618.94** | **0.09%** |
| Coverage: Dwelling | 100.00% = | 5,618.94 | |
| **Hallway** | | **34,087.65** | **0.52%** |
| Coverage: Dwelling | 100.00% = | 34,087.65 | |
| **Mechanical Room** | | **883.92** | **0.01%** |
| Coverage: Dwelling | 100.00% = | 883.92 | |
| **Area Subtotal:  Level 05** | | **252,161.46** | **3.81%** |
| Coverage: Dwelling | 16.10% = | 40,590.51 | |
| Coverage: Business Income | 83.90% = | 211,570.95 | |
| **Area: Level 04** | | **211,353.31** | **3.20%** |
| Coverage: Business Income | 100.00% = | 211,353.31 | |
| **Tech Room** | | **12,307.66** | **0.19%** |
| Coverage: Dwelling | 100.00% = | 12,307.66 | |
| **Hallway** | | **33,211.36** | **0.50%** |
| Coverage: Dwelling | 100.00% = | 33,211.36 | |
| **Women's Restroom** | | **12,657.81** | **0.19%** |
| Coverage: Dwelling | 100.00% = | 12,657.81 | |
| **Mechanical Room** | | **880.68** | **0.01%** |
| Coverage: Dwelling | 100.00% = | 880.68 | |
| **Area Subtotal:  Level 04** | | **270,410.82** | **4.09%** |
| Coverage: Dwelling | 21.84% = | 59,057.51 | |
| Coverage: Business Income | 78.16% = | 211,353.31 | |
| **Area: Level 03** | | **289,979.80** | **4.39%** |
| Coverage: Dwelling | 29.72% = | 86,180.27 | |
| Coverage: Business Income | 70.28% = | 203,799.53 | |
| **Fitness Center** | | **21,463.51** | **0.32%** |
| Coverage: Dwelling | 100.00% = | 21,463.51 | |
| **Fitness Center 2** | | **1,565.55** | **0.02%** |
| Coverage: Dwelling | 100.00% = | 1,565.55 | |
| **Hallway** | | **32,252.61** | **0.49%** |
| Coverage: Dwelling | 100.00% = | 32,252.61 | |
| **Women's Restroom** | | **14,282.39** | **0.22%** |
| Coverage: Dwelling | 100.00% = | 14,282.39 | |
| **Mechanical Room East** | | **953.56** | **0.01%** |
| Coverage: Dwelling | 100.00% = | 953.56 | |
| **Area Subtotal:  Level 03** | | **360,497.42** | **5.45%** |

**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

|  |  |  |  |
|---|---|---|---|
| Coverage: Dwelling | 43.47% = | 156,697.89 | |
| Coverage: Business Income | 56.53% = | 203,799.53 | |
| **Area: Level 02** | | **287,958.80** | **4.36%** |
| Coverage: Dwelling | 29.78% = | 85,741.71 | |
| Coverage: Business Income | 70.22% = | 202,217.09 | |
| **Regus - Room 84** | | **8,839.87** | **0.13%** |
| Coverage: Dwelling | 100.00% = | 8,839.87 | |
| **Hallway** | | **28,300.42** | **0.43%** |
| Coverage: Dwelling | 100.00% = | 28,300.42 | |
| **Women's Restroom** | | **12,392.64** | **0.19%** |
| Coverage: Dwelling | 100.00% = | 12,392.64 | |
| **Mechanical Room** | | **848.12** | **0.01%** |
| Coverage: Dwelling | 100.00% = | 848.12 | |
| **Area Subtotal:  Level 02** | | **338,339.85** | **5.12%** |
| Coverage: Dwelling | 40.23% = | 136,122.76 | |
| Coverage: Business Income | 59.77% = | 202,217.09 | |
| **Area: Level 01** | | **292,741.48** | **4.43%** |
| Coverage: Dwelling | 29.60% = | 86,644.19 | |
| Coverage: Business Income | 70.40% = | 206,097.29 | |
| **Bank Lobby** | | **11,962.19** | **0.18%** |
| Coverage: Dwelling | 100.00% = | 11,962.19 | |
| **Bank Kitchen** | | **2,612.84** | **0.04%** |
| Coverage: Dwelling | 100.00% = | 2,612.84 | |
| **Mechanical Room** | | **121.28** | |
| Coverage: Dwelling | 100.00% = | 121.28 | |
| **Area Subtotal:  Level 01** | | **307,437.79** | **4.65%** |
| Coverage: Dwelling | 32.96% = | 101,340.50 | |
| Coverage: Business Income | 67.04% = | 206,097.29 | |
| **Subtotal of Areas** | | **6,610,048.97** | **100.00%** |
| Coverage: Dwelling | 68.34% = | 4,517,373.11 | |
| Coverage: Business Income | 31.66% = | 2,092,675.86 | |
| **Total** | | **6,610,048.97** | **100.00%** |