## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

| | |
|---|---|
| Insured: | JET All Properties |
| Property: | 2425 West Loop South |
| | Houston, TX 77027 |

| | | | |
|---|---|---|---|
| Claim Rep.: | Robert Smith | Business: | (817) 805-7008 |
| | | E-mail: | propublicadjusters@gmail.com |

| | | | |
|---|---|---|---|
| Estimator: | Robert Smith | Business: | (817) 805-7008 |
| | | E-mail: | propublicadjusters@gmail.com |

**Claim Number:** **Policy Number:** **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 1/2/2017 | | |
| Date of Loss: | 10/24/2016 | Date Received: | 12/15/2016 |
| Date Inspected: | 1/2/2017 | Date Entered: | 1/2/2017 6:01 PM |

| | |
|---|---|
| Price List: | TXHO8X_JAN17 |
| | Restoration/Service/Remodel |
| Estimate: | JETALL2 |

Case 4:17-cv-00225   Document 16-7   Filed 10/01/17 in TXSD   Page 2 of 13



Undamaged Area

Hallway

Mechanical Room

Storage Room  (1)

Break Room

Conference Room

Office 1  (2)

JETALL2

1/26/2017        Page: 2




JETALL2

Level 06

Undamaged Area

1/26/2017

Level 06

Page: 3



JETALL2



Undamaged Area

Storage Room

Break Room

Conference Room

Mechanical Room

Women's Restroom

Hallway

Office 1

JETALL2



Undamaged Area

Storage Room
Break Room
Confe...
Mechanical...
Confidence Room 2
Women's Restroom (1)
Hallway
Office 1

Level 09

N



Level 08

JETALL2

1/26/2017

Level 08

Page: 7

JETALL2



Undamaged Area



JETALL2



JETALL2



Open Air Area

Level 02

N

Roof

JETALL2



Dwelling Roof

F1

N

Roof

1/26/2017

Page: 13