## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

| | |
|---|---|
| Insured: | JET All Properties |
| Property: | 2425 West Loop South |
| | Houston, TX 77027 |

| | | | | |
|---|---|---|---|---|
| Claim Rep.: | Robert Smith | | Business: | (817) 805-7008 |
| | | | E-mail: | propublicadjusters@gmail.com |
| Estimator: | Robert Smith | | Business: | (817) 805-7008 |
| | | | E-mail: | propublicadjusters@gmail.com |

**Claim Number:**          **Policy Number:**          **Type of Loss:** Water Damage

| | | | |
|---|---|---|---|
| Date Contacted: | 1/2/2017 | | |
| Date of Loss: | 10/24/2016 | Date Received: | 12/15/2016 |
| Date Inspected: | 1/2/2017 | Date Entered: | 1/2/2017 6:01 PM |

| | |
|---|---|
| Price List: | TXHO8X_JAN17 |
| | Restoration/Service/Remodel |
| Estimate: | JETALL2 |

**Professional Public Adjusters**

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

## Summary for Dwelling

| | |
|---|---:|
| Line Item Total | 4,517,373.11 |
| Material Sales Tax | 15,948.00 |
| Cleaning Mtl Tax | 46.23 |
| Subtotal | 4,533,367.34 |
| Overhead | 399,279.71 |
| Profit | 399,279.71 |
| Cleaning Sales Tax | 16,850.99 |
| **Replacement Cost Value** | **$5,348,777.75** |
| **Net Claim** | **$5,348,777.75** |

_____
Robert Smith

## Professional Public Adjusters

Professional Public Adjusters,LLC
3379 Howard Rd
Waxahachie, Tx 75165

### Summary for Business Income

| | |
|---|---:|
| Line Item Total | 2,092,675.86 |
| **Replacement Cost Value** | **$2,092,675.86** |
| **Net Claim** | **$2,092,675.86** |

Robert Smith