# *Professional Public Adjusters, LLC*

**Professional Public Adjusters, LLC**  **Texas License: 1965816**
**505 N I35E Service Rd, Ste 400**  **Phone: (817) 805-7008**
**Red Oak, TX 75154**  **Email: bob@ppa-us.com**

**CLIENT:**
**McClenny Moseley & Associates, PLLC**
**411 N. Sam Houston Pkwy E.  Suite 200**
**Houston, Tx.  77060**

### INVOICE FOR SERVICES RENDERED

**GROSS AMOUNT OF ESTIMATE:**
   Structure                                             $5,348,777.75
   Other Structures                                  $            0.00
   Business Income Loss                         $2,092,675.86
**TOTAL AMOUNT OF ESTIMATE:**              $7,441,453.61


**BILLIING:**                                                **$50,000.00**


**INSURED:**                                        JETALL Properties

**INSURED ADDRESS**                       2425 West Loop South
                                                              Houston, Texas 77027


**CLAIM #:   Unknown**
**CARRIER: Unknown**

**Payment Terms:  $5,000.00 due upon receipt, balance due upon claim settlement.**