UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| JETALL COMPANIES, INC., | § | |
| *Plaintiff* | § | |
| | § | |
| V. | § | CIVIL ACTION NO. 4:17-CV-00225 |
| | § | |
| AMERICAN HOME ASSURANCE | § | |
| COMPANY, | § | |
| *Defendant* | § | |

## MEDIATOR'S SUPPLEMENTAL REPORT PURSUANT TO LOCAL RULE 16.4.K(2)

A mediation session was conducted in Houston, Texas on May 24, 2018. Paul J. Van Osselaer ("Mediator") served as mediator. At that time the case did not settle, as previously reported to the Court on May 28, 2018. However, in subsequent mediator follow-up and discussions with the counsel, the case did settle on September 17, 2018. Pursuant to Local Rule 16.4.K(2), the Mediator reports as follows:

1. **Type of Case**: Insurance Coverage

2. **ADR Method Used:** Mediation

3. **Result:** The case settled.

4. **Fees and expenses paid to ADR Provider:** $5,400 divided equally.

5. **Attendees:** The names of counsel and party representatives attending the original May 24 session was reported to the court in the Mediator's original May 28 report. During the follow-up resulting in the settlement, the Mediator dealt exclusively with the following counsel:

    a.    **For Plaintiff**
Counsel:
Robert D. Green
Hunter M. Klein
ROBERT D. GREEN & ASSOCIATES, P.C.

    **b. For Defendant**
        <u>Counsel:</u>
           Raymond L. Gregory II
           EGGLESTON & BRISCOE LLP

Dated: September 17, 2018.

        Respectfully submitted,

        _____
        Paul J. Van Osselaer
        **VAN OSSELAER DISPUTE RESOLUTION,   PLLC**
        2305 Cheswick Court
        Austin, TX 78746
        (512) 593-5104
        Paul@VanOsselaerADR.com
        **ADR PROVIDER (PRID 1441)**

## CERTIFICATE OF SERVICE

    I certify that on September 17, 2018 I electronically submitted the forgoing document to the Clerk of the Court, using the electronic case files system of the Court. The electronic case files system sent a "Notice of Electronic Filing" to the individuals who have consented in writing to accept this Notice as service by electronic means.

        _____
        Paul J. Van Osselaer